

COMMONWEALTH of Pennsylvania,
Respondent

v.

Gabriel GONZALEZ, Petitioner.

No. 110 EM 2015.

Supreme Court of Pennsylvania.

Nov. 3, 2015.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of November, 2015, the Motion Seeking Leave to Exceed Word Count Limit is **DENIED,** and Petitioner is **DIRECTED** to file a compliant Petition for Allowance of Appeal within 30 days.

Abraham ITUAH, Individually, and
d/b/a Osaze & Sons Enterprise

v.

TD BANK, N.A., Successor to Commerce
Bank/Pennsylvania, N.A., 2005 Market
Street, Philadelphia, PA 19103.

No. 111 EM 2015.

Supreme Court of Pennsylvania.

Nov. 3, 2015.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of November, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

Alycia LANE

v.

CBS BROADCASTING INC., Michael
Colleran, and Lawrence Mendte.

Petition of Lawrence Mendte.

Alycia Lane

v.

CBS Broadcasting Inc., Michael
Colleran, and Lawrence
Mendte, Defendant.

Petition of Lawrence Mendte.

Supreme Court of Pennsylvania.

Nov. 4, 2015.

## ORDER

PER CURIAM.

AND NOW, this 4th day of November, 2015, Lawrence Mendte's Petition to Join in Allowance of Appeal Out of Time is **DENIED.**

Alycia LANE, Respondent

v.

CBS BROADCASTING, INC., t/a
KYW–TV;  Michael Colleran
and Lawrence Mendte.

Petition of CBS Broadcasting, Inc. t/a
KYW–TV and Michael Colleran.

Alycia Lane, Respondent

v.

CBS Broadcasting, Inc., t/a KYW–
TV;  Michael Colleran and
Lawrence Mendte.

Petition of CBS Broadcasting, Inc. t/a
KYW–TV and Michael Colleran.

Supreme Court of Pennsylvania.

Nov. 4, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of November, 2015, the Petition for Allowance of Appeal is **DENIED;** CBS's Rule 123 application is **DENIED.**

Theresa M. WOLFE, Administratrix
of the Estate of Kevin T.
Wolfe, Petitioner

v.

Robert ROSS, Respondent

v.

State Farm Fire and Casualty
Company, Respondent.

Supreme Court of Pennsylvania.

Nov. 4, 2015.